**Order entered November 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-00397-CV

---

### BARBARA SIPRIANO, Appellant

### V.

### REGIONAL FINANCE CORPORATION OF TEXAS, ET AL., Appellees

---

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02841-D**

---

## ORDER

We **GRANT** appellant's November 4, 2015 motion for an extension of time to file a reply brief. Appellant shall file a reply brief by **DECEMBER 4, 2015**.


/s/     CRAIG STODDART
         JUSTICE